1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>      Plaintiff,<br><br>      vs.<br><br>JOE FULLER dba JO'S RESTAURANT, et al.,<br><br>      Defendants. | No.  1:15-cv-00031---JLT<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [<s>PROPOSED</s>] ORDER**<br><br>(Doc. 9) |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for April 15, 2015;

WHEREAS, a joint scheduling report must be filed by all parties by April 8, 2015 pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3);

WHEREAS, Defendants, Joe Fuller dba Jo's Restaurant and Ofelia Fuller, aka Ofelia Bozarth, individually and dba Jo's Restaurant (collectively "Defendants") have obtained a Certified Access Specialist Report for the Facility and have provided it to Plaintiff, Cecil Shaw ("Plaintiff," and together with Defendants, "the Parties"), and the Parties are using the report as a basis to reach an informal resolution of Plaintiff's equitable claims;

WHEREAS, the Parties are actively engaged in settlement discussions and are optimistically hopeful that a settlement can be reached within the next four weeks;

1    WHEREAS, the Parties desire to conserve judicial resources and avoid incurring
2 additional attorney fees and costs;
3    NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a
4 continuance of the Mandatory Scheduling Conference currently set for April 15, 2015 to a date
5 at the Court's convenience on or after May 13, 2015, to allow time for the Parties to exhaust
6 settlement efforts.

Dated: April 1, 2014                    MOORE LAW FIRM, P.C.

                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff,
                                        Cecil Shaw

Dated: April 1, 2014                    SWANSON & O'DELL, A.P.C.

                                        /s/ Jeremy D. Swanson
                                        Jeremy D. Swanson
                                        Attorneys for Defendants,
                                        Joe Fuller, dba Jo's Restaurant; and Ofelia Fuller,
                                        aka Ofelia Bozarth, individually and dba Jo's
                                        Restaurant

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for April 15, 2015 is continued to **May 15, 2015** at 8:30 a.m. The Parties shall file a joint scheduling report one week prior to the Scheduling Conference and may appear via CourtCall.

IT IS SO ORDERED.

Dated:   **April 6, 2015**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE