1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, California  95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   Email:  tanya@moorelawfirm.com

5   Attorney for Plaintiff
    Cecil Shaw

6

7

8                  **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  CECIL SHAW,                              )   No.  1:15-cv-00031---JLT
                                             )
12              Plaintiff,                   )   **STIPULATION FOR DISMISSAL OF**
                                             )   **ACTION; [~~PROPOSED~~] ORDER**
13       vs.                                 )
                                             )   (Doc. 11)
14  JOE FULLER dba JO'S RESTAURANT, et       )
    al.,                                     )
15                                           )
                                             )
16              Defendants.                  )
                                             )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Joe Fuller dba Jo's Restaurant and Ofelia Fuller, aka Ofelia Bozarth, individually and dba Jo's Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs. The Parties hereby consent to jurisdiction of United States Magistrate Judge Jennifer L. Thurston for the limited purpose of dismissal of the action.


Date: April 28, 2015                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Cecil Shaw

Date: April 28, 2015                    SWANSON & O'DELL, A.P.C.


                                        */s/ Jeremy D. Swanson*
                                        Jeremy D. Swanson
                                        Attorney for Defendants
                                        Joe Fuller dba Jo's Restaurant and Ofelia Fuller,
                                        aka Ofelia Bozarth, individually and dba Jo's
                                        Restaurant


## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   **April 29, 2015**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE


STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER